Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 3, 2006

No. 06-1
1:06-cv-00149-BEL

VERNON LEE EVANS, JR.

Plaintiff - Appellant

v.

MARY ANN SAAR, Secretary, Department of Public Safety and Correctional Services; FRANK C. SIZER, JR., Commissioner, Maryland Division of Correction; LEHRMAN DOTSON, Warden, Maryland Correctional Adjustment Center; GARY HORNBAKER, Warden, Metropolitan Transition Center

Defendants - Appellees

O R D E R

Appellant has filed an emergency motion for injunction pending appeal, and appellees filed a response in opposition to the motion.

The Court denies the motion for injunction pending appeal.

Entered at the direction of Judge Wilkinson, with the concurrence of Chief Judge Wilkins and Judge Williams.

For the Court,

/s/ Patricia S. Connor

CLERK